

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2017

No. 04-17-00618-CV

Dina P. **CISNEROS-BONNETTE,**
Appellant

v.

Emcel P. **BONNETTE,** Jr.,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-11830
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

The reporters' records in this appeal were originally due on October 11, 2017. On October 16, 2017, Ms. Maria Vargas, one of the three known court reporters in this case, filed a letter stating the reporter's record has not been filed because appellant failed to designate a record. On November 3, 2017, this court issued an order stating that, if appellant desired a reporter's record, and had not already done so, appellant was hereby ORDERED to (1) request in writing, no later than November 13, 2017, that a reporter's record be prepared and (2) designate in writing, no later than November 13, 2017, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant was also ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than November 13, 2017. Finally, we ORDERED that appellant provide written proof to this court no later than November 13, 2017 that either (1) the reporter's fee had been paid or arrangements had been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. Our November 3, 2017, order cautioned appellant that if she failed to provide such written proof within the time provided, this court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

On November 3, 2017, the trial court conducted an evidentiary hearing on appellant's ability to pay for the various reporters' records. On November 8, 2017, the trial court signed an order finding appellant "able to afford the costs of court, appeal and the preparation of the court reporters' record."

On November 13, 2017, a second court reporter, Ms. Kayleen Rivera, filed a Notification of Late Record stating the reporter's record has not been filed because appellant failed to pay or make arrangements to pay the reporter's fee. The third court reporter, Ms. Letitia Moncivais, has yet to file her record or a Notification of Late Record.

If appellant desires a reporter's record from Ms. Rivera and/or Ms. Moncivais, and has not already done so, appellant is hereby ORDERED to (1) request in writing from Ms. Rivera and/or Ms. Moncivais, no later than November 27, 2017, that a reporter's record be prepared and (2) designate in writing, no later than November 27, 2017, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is also ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than November 27, 2017. Finally, we ORDER that appellant provide written proof to this court no later than November 27, 2017 that Ms. Rivera's and/or Ms. Moncivais's fee have been paid or arrangements have been made to pay the reporter's fee. If appellant fails to provide such written proof within the time provided, her brief would be due within thirty (30) days from the date of this order, and the court would only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court